1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PRISCILLA C. ROBLEDO,

           Plaintiff,

    v.

PEOPLE BUSINESS ZONE, et al.,

           Defendants.

Case No.  24-cv-04894-VKD

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On August 14, 2024, the Court issued an order denying Ms. Robledo's application to proceed in forma pauperis ("IFP"), screening her complaint, and staying service of process.  Dkt. No. 4.  That order granted Ms. Robledo leave to file a renewed IFP application and an amended complaint by September 13, 2024.  *Id*. at 3.  The order stated that "[i]f Ms. Robledo does not file an amended complaint in time, or if the amended complaint fails to cure all defects described [in the order], the Court may issue an order reassigning the case to a district judge with a recommendation that the complaint be dismissed in whole or in part."  *Id*.

The September 13, 2024 deadline passed, and the docket indicates that Ms. Robledo did not file a renewed IFP application or an amended complaint.  On September 13, 2024, the Court's August 14, 2024 order was returned as undeliverable at the mailing address Ms. Robledo provided as her sole contact information.  Dkt. No. 5.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-33 (1962).  By **October 30, 2024**, Ms. Robledo shall file a written response to this order explaining why this action should not be dismissed for her failure to prosecute her case and to comply with

the Court's August 14, 2024 order.  If Ms. Robledo does not respond to this order by the October 30, 2024 deadline, the Court will issue an order reassigning this action to a district judge with a recommendation that the complaint be dismissed without prejudice for failure to prosecute and to comply with the Court's orders.

Additionally, Ms. Robledo is advised that if her address has changed, she has an obligation to "promptly file with the Court . . . a Notice of Change of Address specifying the new address." Civil L.R. 3-11(a).  If she fails to do so by **November 12, 2024**, the Court may dismiss, without prejudice, the present action.  Civil L.R. 3-11(b).

**IT IS SO ORDERED.**

Dated: October 10, 2024

Virginia K. DeMarchi
United States Magistrate Judge